## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **BETTE KRISTINE BARBER, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-530-P** |
| | § | |
| **GPM INVESTMENTS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

Before the Court is the Parties' Joint Motion to Dismiss Plaintiff Edith Lucinda Palmer's claims with Prejudice. ECF No. 16. Having considered it, the Court finds the Motion should be, and is hereby, **GRANTED.**

Therefore, the Court **ORDERS** that Palmer's individual claims in this lawsuit are hereby **DISMISSED with PREJUDICE**. All costs of court, attorneys' fees, and expenses relative to this Motion shall be borne by the party incurring the same except as otherwise agreed by the Parties.

**SO ORDERED** on this **28nd day** of **September, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE