IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BETTE KRISTINE BARBER, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 4:21-cv-530-P |
| GPM INVESTMENTS, LLC (a/k/a TX GPM Investments, LLC), | § § § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Bette Kristine Barber hereby dismisses this action with prejudice, with each party to bear her or its own costs of court and attorneys' fees. Defendant GPM Investments, LLC (a/k/a TX GPM Investments, LLC) stipulates to this dismissal with prejudice by the signature of its attorney of record below.

Respectfully Submitted,

*/s/ Bette Kristine Barber*
Bette Kristine Barber
**PRO SE PLAINTIFF**


*/s/ John B. Brown*
John B. Brown
Texas Bar No. 00793412
john.brown@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas  75225
Tel. (214) 987-3800
Fax. (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 7th day of December, 2021, I electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such to pro se Plantiff:

Bette Kristine Barber
509 Travis Court, # 9
Arlington, Texas 76014
Phone: (904) 290-0461
E-mail: kristibarber4@gmail.com

                */s/ John B. Brown*
                John B. Brown

49506577.1